**Jose Ramon CORTEZ, Petitioner–Appellant,**

v.

**Adolfo FASANO, District Director, Respondent–Appellee.**

No. 02–56422.

D.C. No. CV–02–00953–MJL/RBB.

United States Court of Appeals, Ninth Circuit.

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

Submitted Aug. 11, 2003.*

Decided Aug. 20, 2003.

Before SCHROEDER, Chief Judge, HAWKINS and TASHIMA, Circuit Judges.

## MEMORANDUM **

Jose Ramon Cortez, a native and citizen of Mexico, appeals pro se the district court's judgment denying his 28 U.S.C. § 2241 petition for habeas corpus relief from deportation. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo the district court's denial of the petition, *Angulo–Dominguez v. Ashcroft*, 290 F.3d 1147, 1149 (9th Cir.2002), and we affirm because Cortez's claims do not fall

within the permissible scope of habeas review, *see Hose v. INS*, 180 F.3d 992, 995 (9th Cir.1999) (en banc) (habeas corpus petition seeking judicial review of the merits of an exclusion order not properly before district court); *Magana–Pizano v. INS*, 200 F.3d 603, 608 (9th Cir.1999) (district court retains jurisdiction under 28 U.S.C. § 2241 when the petitioner has no other judicial remedy).

AFFIRMED.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.